HAROLD S. HORTON, Respondent, v. MILDRED S. HORTON, Appellant.— On an application by plaintiff to modify a judgment of divorce by reducing the amount of alimony payable thereunder, order modified on the facts by striking from the third and fourth decretal paragraphs the sum " $40 " and by inserting in place thereof the sum " $50." As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.